IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MED VETS, INC., et al.,<br>    Plaintiffs,<br>  v.<br>VIP PETCARE HOLDINGS, INC., et al.,<br>    Defendants. | Case No. 18-cv-02054-MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS; CONTINUING CASE MANAGEMENT CONFERENCE**<br>Re: Dkt. No. 25 |

Before the Court is the Motion to Dismiss, filed June 1, 2018, by defendants VIP Petcare Holdings, Inc., and PetIQ, Inc. (collectively, "defendants"). Plaintiffs Med Vets, Inc., and Bay Medical Solutions, Inc. (collectively, "plaintiffs"), have filed opposition, to which defendants have replied. The matter came on regularly for hearing on August 30, 2018. Jonathan L. Rubin of MoginRubin LLP appeared on behalf of plaintiffs. David E. Dahlquist, Jeanifer E. Parsigian, and Dana L. Cook-Milligan of Winston & Strawn LLP appeared on behalf of defendants.

For the reasons stated on the record at the hearing, the motion is hereby GRANTED with leave to amend. Plaintiffs' First Amended Complaint, if any, shall be filed no later than October 5, 2018.

In light of the above, the Initial Case Management Conference is hereby CONTINUED from September 14, 2018, to January 25, 2019. A Joint Case Management Statement shall be filed no later than January 18, 2019.

**IT IS SO ORDERED.**

Dated: August 3, 2018

MAXINE M. CHESNEY
United States District Judge