Daniel J. Mogin (SBN 95624)
Jodie M. Williams (SBN 247848)
Jennifer M. Oliver (SBN 311196)
**MOGINRUBIN LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginrubin.com
jwilliams@moginrubin.com
joliver@moginrubin.com

Jonathan L. Rubin (*pro hac vice*)
**MOGINRUBIN LLP**
1615 M Street, NW, Third Floor
Washington, D.C. 20036
T: 202-630-0616
F: 877-247-8586
jrubin@moginrubin.com

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MED VETS INC. and BAY MEDICAL SOLUTIONS INC., <br><br> *Plaintiffs,* <br><br> *v.* <br><br> VIP PETCARE HOLDINGS, INC., successor in interest to COMMUNITY VETERINARY CLINICS, LLC d/b/a VIP Petcare and PETIQ, INC., <br><br> *Defendants.* | Case No. 3:18-cv-02054-MMC <br><br> IN PART AND DENYING IN PART <br> **[PROPOSED] ORDER GRANTING** ^ <br> **JOINT STIPULATION FOR BRIEFING SCHEDULE AND SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY (CONTAINING PLAINTIFFS' FIRST AMENDED COMPLAINT)** <br><br> Date: November 2, 2018 <br> Time: 9:00 a.m. <br> Courtroom: Courtroom 7-19th Floor <br> Judge: Hon. Judge Maxine M. Chesney |

Upon consideration of the parties' Joint Stipulation for a Briefing Schedule and Shortening Time for Hearing on Plaintiffs' Motion for Limited Expedited Discovery (Containing Plaintiffs' First Amended Complaint),

THE COURT HEREBY ORDERS AS FOLLOWS:

1. Plaintiffs' Notice of Motion and Motion for Limited Expedited Discovery (Containing Plaintiffs' First Amended Complaint) will be filed by October 3, 2018;

2. Defendants will file their opposition to Plaintiffs' Motion by October 18, 2018;

3. Plaintiffs will file their reply in support of their Motion by October 26, 2018; and

4. Plaintiffs' Motion shall be heard by the Court on **November ~~2~~ 16, 2018 at 9:00 a.m.** *

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __October 10, 2018__

_Maxine M Chesney_
Honorable Maxine M. Chesney
United States District Judge

* The Court finds the parties have failed to show good cause to shorten time, and, given the Court's calendar, the first available date after November 2, 2018, is November 16, 2018.

**ORDER GRANTING JOINT STIP FOR BRIEFING SCHEDULE AND SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY (CONTAINING PLAINTIFFS' FAC)**