IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MED VETS, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VIP PETCARE HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-02054-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY** |

Before the Court is plaintiffs' "Motion for Limited Expedited Discovery," filed October 3, 2018. Defendants have filed opposition, to which plaintiffs have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for November 16, 2018.

**IT IS SO ORDERED.**

Dated: November 13, 2018

MAXINE M. CHESNEY
United States District Judge