# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MED VETS, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>VIP PETCARE HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-02054-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Before the Court is defendants' "Motion to Dismiss Plaintiffs' First Amended Complaint," filed January 15, 2019. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for March 1, 2019.

**IT IS SO ORDERED.**

Dated: February 26, 2019

                                            MAXINE M. CHESNEY
                                            United States District Judge